**Dismiss and Opinion Filed June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00383-CV

### CHARLES ANTHONY ALLEN SR., Appellant
### V.
### TUESDAY REAL ESTATE, SUNWEST MORTGAGE INC. & REVERSE MORTGAGE FUNDING, INC., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09565**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Whitehill

We questioned our jurisdiction over this appeal from the trial court's October 23, 2017 order of dismissal as it did not appear the appeal was timely filed. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.–Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Because a timely motion to reinstate was filed, the notice of appeal was due January 22, 2018 or, with an extension motion, February 6, 2018. *See* TEX. R. APP. P. 4.1(a), 26.1(a), 26.3. The notice of appeal, however, was not filed until April 3, 2018.

We afforded appellant an opportunity to file a letter brief addressing our jurisdiction, but he failed to do so and has not otherwise corresponded with the Court. Because the record reflects the notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See id.* 42.3(a).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

180383F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHARLES ANTHONY ALLEN SR., Appellant

No. 05-18-00383-CV      V.

TUESDAY REAL ESTATE, SUNWEST MORTGAGE INC. & REVERSE MORTGAGE FUNDING INC., Appellees

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-09565.
Opinion delivered by Justice Whitehill, Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered June 29, 2018.